1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11   HAGSTROM PROPERTIES, LLC, a California          Case No 4:25-cv-04369-HSG
     Limited Liability Company,
12                                                   Judge Haywood S. Gilliam, Jr.
                        Plaintiff,
13                                                   **ORDER GRANTING IN PART AND**
              vs.                                    **DENYING IN PART STIPULATION TO**
14                                                   **EXTEND TIME TO RESPOND TO INITIAL**
     NAPA SANITATION DISTRICT; CITY OF               **COMPLAINT AND CONTINUE INITIAL**
15   NAPA, a municipal corporation; DOES 1 - 25,     **CASE MANAGEMENT DEADLINES**
     inclusive,
16
                        Defendant.                   Re: Dkt. No. 15
17

18

19          The parties have stipulated to extend Defendants' deadline to respond to Plaintiff's

20   complaint by 21 days, and ask the Court to further extend additional case deadlines. *See*

21   Dkt. No. 15 at 2.

22          The Court GRANTS IN PART AND DENIES IN PART the request, Dkt. No. 15.

23   The parties' request to extend Defendants' deadline to respond by 21 days is GRANTED,

24   and all other deadlines are adjusted accordingly as follows:

25       1. Defendants' deadline to respond to Plaintiff's complaint is August 28, 2025;

26       2. The deadline to file ADR certification is continued from July 29, 2025 to August 19

27          2025;

28

3.  The deadline for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan is continued from July 29, 2025 to August 19, 2025;

4.  The deadline for the parties to make initial disclosures is continued from August 12, 2025 to September 9, 2025;

5.  The deadline for the parties to file a Joint Case Management Statement is continued from August 12, 2025 to September 9, 2025; and

6.  The Initial Case Management Conference is continued from August 19, 2025 to September 16, 2025 at 2:00 PM.  The hearing will be held by Public Zoom Webinar.  All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/hsg.  All attorneys and pro se litigants appearing for the case management conference are required to join at least 15 minutes before the hearing to check in with the courtroom deputy and test internet, video, and audio capabilities.

IT IS SO ORDERED.

Date:   7/29/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge