UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HAGSTROM PROPERTIES, LLC, a California Limited Liability Company,

                  Plaintiff(s)

v.

NAPA SANITATION DISTRICT; CITY OF NAPA, a municipal corporation; DOES 1 - 25, inclusive,

                  Defendant(s)

CASE No C 4:25-cv-04369-HSG

STIPULATION AND ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
Private mediation before a mutually agreeable mediator with subject-matter expertise; provider to be selected by the parties.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: May 15, 2026

Date: September 22, 2025      /s/ Kamran Javandel
                                   Attorney for Plaintiff

Date: September 22, 2025      /s/ Gregory J. Newmark
                                   Attorney for Defendant Napa Sanitation District

Date: September 22, 2025      /s/ Joshua A. Bloom
                                   Attorney for Defendant City of Napa

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 9/23/2025

*Haywood S. Gilliam Jr.*
U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*