UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES, LLC, | Case No. 25-cv-04369-HSG |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| NAPA SANITATION DISTRICT, et al., | |
| Defendants. | |

A case management conference was held on September 16, 2025. Having considered the parties' proposals, *see* Dkt. No. 34, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | November 17, 2025 |
| Close of Fact Discovery | October 15, 2026 |
| Exchange of Opening Expert Reports | November 9, 2026 |
| Exchange of Rebuttal Expert Reports | January 8, 2027 |
| Close of Expert Discovery | March 8, 2027 |
| Dispositive Motion Hearing Deadline | May 27, 2027, at 2:00 p.m. |
| Pretrial Conference | August 24, 2027, at 3:00 p.m. |
| Jury Trial (10 days) | September 13, 2027, at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders. This order terminates Dkt. No. 34.

**IT IS SO ORDERED.**

Dated: 9/25/2025

HAYWOOD S. GILLIAM, JR.
United States District Judge

2