KAMRAN JAVANDEL (BAR NO. 272900)
MARSHALL C. WALLACE (BAR NO. 127103)
JORDAN L. WRIGHT (BAR NO. 352005)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, California  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  kjavandel@allenmatkins.com
         mwallace@allenmatkins.com
         jwright@allenmatkins.com

ADAM B. KORN (BAR NO. 331133)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
1901 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-6019
Phone:  (310) 788-2400
Fax:  (310) 788-2410
E-Mail:  akorn@allenmatkins.com

Attorneys for Plaintiff
Hagstrom Properties, LLC,
a California Limited Liability Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NAPA SANITATION DISTRICT; CITY OF NAPA, a municipal corporation; DOES 1 - 25, inclusive,<br><br>Defendants. | Case No. 4:25-cv-04369-HSG<br><br>Judge:  Hon Haywood S. Gilliam, Jr.<br><br>**JOINT STIPULATION TO MODIFY FACT DISCOVERY LIMITS**<br><br>Complaint Filed:   05/21/2025<br>Trial Date:         09/13/2027 |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

JOINT STIPULATION TO MODIFY FACT DISCOVERY LIMITS

4937-6678-7464.1
C:\Users\dagoldstein\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\62EO0PBY\DRAFT Joint Stipulation to Modify Fact Discovery Limits FRCP (Redline) (002)

## JOINT STIPULATION

The following Joint Stipulation is made by and between Plaintiff Hagstrom Properties, LLC ("Plaintiff"); Defendants Napa Sanitation District; and City of Napa (collectively, "Defendants") (Plaintiff and Defendants collectively referred to herein as the "Parties"), by and through their respective counsel of record, and with respect to the following:

**WHEREAS**, in the Parties' September 9, 2025, Joint Case Management Statement and Rule 26(F) Report (Dkt. 27) the Parties proposed modifying the standard discovery rules under FRCP 33(a)(1) and 30(a)(2)(A)(i), respectively, by authorizing up to 50 written interrogatories per party, and up to 15 depositions per side;

**WHEREAS**, fact discovery does not close until October 15, 2026;

**WHEREAS**, the Parties have already propounded requests for production on each other and are in the process of beginning rolling document productions;

**WHEREAS**, the Parties anticipate that discovery on the factual issues in the matter will be extensive and that expert discovery (e.g., based on environmental testing and investigation) will be important to the case; and

**WHEREAS**, nothing herein should be considered a waiver of any objections or rights under the Local Rules or Federal Rules of Civil Procedure.

**WHEREFOR**, the Parties respectfully submit this stipulation to modify the standard discovery rules under FRCP 33(a)(1) and 30(a)(2)(A)(i), respectively, by authorizing up to 50 written interrogatories per party, and up to 15 depositions per side.

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

JOINT STIPULATION TO MODIFY FACT DISCOVERY LIMITS

4937-6678-7464.1
C:\Users\dagoldstein\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\62EO0PBY\DRAFT Joint Stipulation to Modify Fact Discovery Limits FRCP (Redline) (002)

-2-

| | | |
|---|---|---|
| 1 | Dated: January 21, 2026 | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP |
| 2 | | KAMRAN JAVANDEL |
| 3 | | MARSHALL C. WALLACE ADAM B. KORN |
| 4 | | JORDAN L. WRIGHT |
| 5 | | By: /s/ signature |
| 6 | | ADAM B. KORN |
| 7 | | Attorneys for Plaintiff Hagstrom Properties, LLC |
| 8 | | |
| 9 | Dated: January 21, 2026 | BAY LAW GROUP LLP JOSHUA A. BLOOM |
| 10 | | |
| 11 | | BEST BEST & KRIEGER LLP ALEXANDER M. BRAND |
| 12 | | KATRINA WRAIGHT |
| 13 | | By: /s/ Joshua A. Bloom |
| 14 | | JOSHUA A. BLOOM Attorneys for Defendant |
| 15 | | City of Napa |
| 16 | | |
| 17 | Dated: January 21, 2026 | DUANE MORRIS LLP GREGORY J. NEWMARK |
| 18 | | |
| 19 | | By: /s/ Gregory J. Newmark |
| 20 | | GREGORY J. NEWMARK Attorneys for Defendant |
| 21 | | Napa Sanitation District |

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4937-6678-7464.1
C:\Users\dagoldstein\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\62EO0PBY\DRAFT Joint Stipulation to Modify Fact Discovery Limits FRCP (Redline) (002)

-3-

JOINT STIPULATION TO MODIFY FACT DISCOVERY LIMITS

## SIGNATURE ATTESTATION

Pursuant to Local Civil Rule 5.1.(i)(2), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

_____
Adam B. Korn

LAW OFFICES
**Allen Matkins Leck Gamble Mallory & Natsis LLP**

4937-6678-7464.1
C:\Users\dagoldstein\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\62EO0PBY\DRAFT Joint Stipulation to Modify Fact Discovery Limits FRCP (Redline) (002)

-4-

JOINT STIPULATION TO MODIFY FACT DISCOVERY LIMITS