KAMRAN JAVANDEL (BAR NO. 272900)
MARSHALL C. WALLACE (BAR NO. 127103)
JORDAN L. WRIGHT (BAR NO. 352005)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, California  94111-4074
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  kjavandel@allenmatkins.com
          mwallace@allenmatkins.com
          jwright@allenmatkins.com

ADAM B. KORN (BAR NO. 331133)
ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP
1901 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-6019
Phone:  (310) 788-2400
Fax:  (310) 788-2410
E-Mail:  akorn@allenmatkins.com

Attorneys for Plaintiff
Hagstrom Properties, LLC,
a California Limited Liability Company

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES, LLC, a California Limited Liability Company, | Case No. 4:25-cv-04369-HSG |
| Plaintiff, | Judge:  Hon Haywood S. Gilliam, Jr. |
| vs. | ORDER GRANTING JOINT STIPULATION TO MODIFY FACT DISCOVERY LIMITS |
| NAPA SANITATION DISTRICT; CITY OF NAPA, a municipal corporation; DOES 1 - 25, inclusive, | Complaint Filed:    05/21/2025<br>Trial Date:            09/13/2027 |
| Defendants. | |

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

ORDER GRANTING JOINT
STIPULATION TO MODIFY FACT
DISCOVERY LIMITS

4931-6641-2936.1
DM2\301338561.1

## ORDER

The Court, having considered the Parties' Joint Stipulation to modify the standard discovery rules under FRCP 33(a)(1) and 30(a)(2)(A)(i), respectively, by authorizing up to 50 written interrogatories per party, and up to 15 depositions per side (the "Stipulation"), and good cause appearing therefor, orders as follows.

1.    The Stipulation is hereby **GRANTED**.

2.    The Parties are authorized to serve up to 50 written interrogatories per party, and up to 15 depositions per side.

**IT IS SO ORDERED.**

DATED:    1/22/2026

Honorable Haywood S. Gilliam, Jr.
United States District Judge

LAW OFFICES
**Allen Matkins Leck Gamble
Mallory & Natsis LLP**

4931-6641-2936.1
DM2\301338561.1

-2-

ORDER GRANTING JOINT
STIPULATION TO MODIFY FACT
DISCOVERY LIMITS