ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
KAMRAN JAVANDEL (BAR NO. 272900)
MARSHALL C. WALLACE (BAR NO. 127103)
JORDAN L. WRIGHT (BAR NO. 352005)
3 Embarcadero Center, 25th Floor
San Francisco, California 94111-4070
Phone:  (415) 837-1515
Fax:  (415) 837-1516
E-Mail:  kjavandel@allenmatkins.com
         mwallace@allenmatkins.com
         jwright@allenmatkins.com

ADAM B. KORN (BAR NO. 331133)
ALLEN MATKINS LECK GAMBLE
    MALLORY & NATSIS LLP
1901 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-6019
Phone:  (310) 788-2400
Fax:  (310) 788-2410
E-Mail:  akorn@allenmatkins.com

Attorneys for Plaintiff
Hagstrom Properties, LLC, a California
Limited Liability Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES, LLC, a California Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> NAPA SANITATION DISTRICT; CITY OF NAPA, a municipal corporation; DOES 1 - 25, inclusive, <br><br> Defendants. | Case No. 4:25-cv-04369-HSG <br><br> Judge:  Hon. Haywood S. Gilliam, Jr. <br><br> **JOINT POST-MEDIATION STATUS REPORT** <br><br><br> Action Filed:  05/21/2025 <br> Trial Date:  09/13/2027 |

Pursuant to the Court's May 18, 2026 Order (Dkt. 55), Hagstrom Properties, LLC, Napa Sanitation District, and City of Napa (collectively, the "Parties"), through their respective counsel, submit this Joint Post-Mediation Status Report.

## I.    OUTCOME OF MEDIATION

The Parties, including their principals and counsel, participated in an in-person mediation with mediator Timothy Gallagher on May 7, 2026, which lasted approximately seven hours.  The Parties did not resolve the matter at the mediation, however, the parties continue to be engaged with the mediator and are still talking through issues with him.

Per the mediator's suggestion, the Parties plan to file a supplemental report within thirty days to inform the Court as to whether scheduling a further in-person mediation session would be appropriate at this time, and if so, whether such a date has been set.

Dated:  May 20, 2026

ALLEN MATKINS LECK
  GAMBLE MALLORY &
  NATSIS LLP
MARSHALL C. WALLACE
JORDAN L. WRIGHT
ADAM B. KORN
KAMRAN JAVANDEL

By: _____
ADAM B. KORN
Attorneys for Plaintiff
Hagstrom Properties, LLC, a
California Limited Liability
Company

Dated:  May 20, 2026

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By:     */s/ Joshua N. Levine*

JOSHUA N. LEVINE
Attorneys for Defendant
City of Napa

Dated:  May 20, 2026

DUANE MORRIS LLP
GREGORY J. NEWMARK

By:     */s/ Gregory J. Newmark*

GREGORY J. NEWMARK
Attorneys for Defendant
Napa Sanitation District

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

-3-     JOINT POST-MEDIATION STATUS REPORT

## <u>SIGNATURE ATTESTATION</u>

Pursuant to Local Civil Rule 5.1.(i)(2), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

_____
Adam B. Korn

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
ATTORNEYS AT LAW

-4-                    JOINT POST-MEDIATION STATUS REPORT