**DUANE MORRIS LLP**
Gregory J. Newmark
Viviana L. Heger
865 South Figueroa Street, Suite 3100
Los Angeles, California 90017-5450
Tel:        +1 213 689-7400
Fax:        +1 213 689-7401
Email:    GNewmark@duanemorris.com
              VHeger@duanemorris.com

David A. Goldstein
One Market Plaza, Suite 2200
Spear Tower
San Francisco, CA 94105
Tel:        +1 415 957-3020
Fax:        +1 415 957-3001
Email:    DAGoldstein@duanemorris.com

Attorneys for Defendant and Counterclaimant
NAPA SANITATION DISTRICT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>NAPA SANITATION DISTRICT; CITY OF NAPA, a municipal corporation; DOES 1 - 25, inclusive,<br><br>Defendants. | Case No. 4:25-cv-04369-HSG<br><br><br>**JOINT STATUS REPORT**<br><br><br>Judge:            Haywood S. Gilliam, Jr.<br>Action Filed:    May 21, 2025 |

Pursuant to the Court's Order (Dkt. No. 57) directing the parties to file a joint status report of no more than two pages, as discussed in Dkt. No. 56, the parties submit this Joint Status Report.

The parties remain in settlement discussions and engaged with Mediator Timothy Gallagher, but have not come to a decision as to whether scheduling a further in-person mediation session would be appropriate. Accordingly, a further session has not been scheduled at this time. Mr. Gallagher continues to guide productive settlement dialogue among the parties.

Mr. Gallagher has recommended that the parties consider a 90-day stay so that the parties may pursue settlement and conserve party and judicial resources. The parties are negotiating the exact scope and parameters of a potential stay. The parties intend to either file their stipulated request for stay or provide a further status report to the Court by Thursday, July 2, 2026.

Dated:  June 29, 2026

Respectfully submitted,
DUANE MORRIS LLP

By:    _/s/ David A. Goldstein_
      Gregory J. Newmark
      Viviana L. Heger
      David A. Goldstein

Attorneys for Defendant
NAPA SANITATION DISTRICT

Dated:  June 29, 2026

ALLEN MATKINS LECK GAMBLE
   MALLORY & NATSIS LLP

By:    _/s/ Kamran Javandel_
      Marshall C. Wallace
      Kamran Javandel
      Adam Korn
      Jordan L. Wright

Attorneys for Plaintiff
HAGSTROM PROPERTIES, LLC

Dated:  June 29, 2026

WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP

By:    _/s/ Joshua N. Levine_
      Joshua N. Levine

Attorneys for Defendant
CITY OF NAPA

DUANE MORRIS LLP
ATTORNEYS AT LAW
LOS ANGELES

I, David A. Goldstein, hereby attest, pursuant to N.D. Cal. Civil Local Rule 5-1, that the concurrence to the filing of this document has been obtained from each signatory hereto, with the person approving and consenting to the signing thereof noted on each signature line.

Dated:  June 29, 2026

_/s/ David A. Goldstein_
David A. Goldstein