ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
KAMRAN JAVANDEL (BAR NO. 272900)
MARSHALL C. WALLACE (BAR NO. 127103)
JORDAN L. WRIGHT (BAR NO. 352005)
3 Embarcadero Center, 25th Floor
San Francisco, California 94111-4070
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: kjavandel@allenmatkins.com
mwallace@allenmatkins.com
jwright@allenmatkins.com

ADAM B. KORN (BAR NO. 331133)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
1901 Avenue of the Stars, Suite 1800
Los Angeles, California 90067-6019
Phone: (310) 788-2400
Fax: (310) 788-2410
E-Mail: akorn@allenmatkins.com

Attorneys for Plaintiff
Hagstrom Properties, LLC, a California
Limited Liability Company

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAGSTROM PROPERTIES, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>NAPA SANITATION DISTRICT; CITY OF NAPA, a municipal corporation; DOES 1 - 25, inclusive,<br><br>Defendants. | Case No. 4:25-cv-04369-HSG<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>**JOINT STATUS REPORT**<br><br>Action Filed: 05/21/2025<br>Trial Date: 09/13/2027 |

Since the Court's July 6, 2026 Order [Dkt. No. 60], the Parties' settlement discussions have been limited and they have instead focused their efforts on completing fact discovery. To date, the Parties and numerous third parties have exchanged more than 300,000 pages of Bates-stamped documents and comprehensive written discovery requests and responses. Further, the Parties have collectively noticed approximately 15 depositions (many of which have now been completed). In addition, the Parties have been involved in extensive on-the-ground investigation concerning the Study Area at issue in the pleadings. The Parties' selected mediator, Tim Gallagher, has proposed a further mediation session during expert discovery, and the Parties intend to revisit the potential of scheduling such mediation at that time.

Dated: October 9, 2026

ALLEN MATKINS LECK
GAMBLE MALLORY &
NATSIS LLP
MARSHALL C. WALLACE
JORDAN L. WRIGHT
ADAM B. KORN
KAMRAN JAVANDEL

By: */s/ Adam B. Korn*

ADAM B. KORN
Attorneys for Plaintiff
Hagstrom Properties, LLC, a
California Limited Liability
Company

Dated: October 9, 2026

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP

By: */s/ Joshua N. Levine*

JOSHUA N. LEVINE
Attorneys for Defendant
City of Napa

Dated: October 9, 2026

DUANE MORRIS LLP
DAVID A. GOLDSTEIN

By: */s/ David A. Goldstein*

DAVID A. GOLDSTEIN
Attorneys for Defendant
Napa Sanitation District

## SIGNATURE ATTESTATION

Pursuant to Local Civil Rule 5.1.(i)(2), the filer hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

*/s/ Adam B. Korn*

Adam B. Korn